## 4794.   HARPER v. THE STATE.

HILL, C. J.   1. The objections made to excerpts from the charge of the court are wholly without merit.

2. The evidence relied upon for conviction was positive and direct, and there was no error in the failure of the trial judge to charge the jury on the law of circumstantial evidence.

3. No error of law was committed, and the evidence fully supports the verdict.                    *Judgment affirmed. Russell, J., dissents.*

DECIDED APRIL 16, 1913.

Accusation of misdemeanor; from city court of Sparta—Judge Moore.   February 25, 1913.

*J. W. Lewis,* for plaintiff in error.

*R. L. Merritt, solicitor,* contra.

RUSSELL, J., dissenting.   The guilt of the defendant being de-pendent upon circumstantial evidence (for the proof of the de-fendant's condition necessarily rested upon the conclusion from the independent facts used to suggest the inference that he was drunk), the court, in my opinion, erred in failing to charge upon circum-stantial evidence in accordance with the ruling in *Riley v. State,* 1 *Ga. App.* 651 (57 S. E. 1031).